UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:                                                    Chapter 11
                                                          Case Nos. 06-44387
VICTORY MEMORIAL HOSPITAL, <u>et</u> <u>al</u>.,                          06-44388
                                                                    06-44389
                            Debtors.
---------------------------------------------------------------x
VICTORY MEMORIAL HOSPITAL,

                            Plaintiff,

                                                          Adv. Pro. No. 09-1296 (CEC)
            -against-

MARTIN CLEARWATER & BELL LLP,

                            Defendant.
---------------------------------------------------------------x

                    <u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NASSAU         )

      I, **MICHELLE B. WEINFELD,** being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by SILVERMANACAMPORA LLP.

      On July 8, 2009, I served the:

- **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING, (issued July 7, 2009); and**

- **COMPLAINT**

by regular mail delivery to the addresses listed thereon, said addresses designated for that purpose, by depositing a true copy of same enclosed in a pre-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

RJS/D287309v/F056235

**TO:**    *New York State Department of State Address*
Martin Clearwater & Bell LLP
220 East 42nd Street
New York, New York 10017
Attn: Officer, Managing or General Agent

*Courtesy Copy*
Kelley Drye
101 Park Avenue
New York, New York 10178-0002
Attn: Kristin S. Elliott, Esq.

s/ Michelle B. Weinfeld
**MICHELLE B. WEINFELD**

Sworn to before me this
8th day of July, 2009.


s/ Randy J. Schaefer
Randy J. Schaefer
Notary Public, State of New York
No. 02SC5007141
Qualified in Suffolk County
Commission Expires January 19, 2011

RJS/D287309v/F056235